# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ) | |
| ) | |
| **JORGE DURAN,** ) | **Case No.:** |
| ) | |
| **Plaintiff.** ) | **2:21-cv-02717-SB-SK** |
| ) | |
| **v.** ) | |
| ) | |
| **MATRIX WARRANTY** ) | |
| **SOLUTIONS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: May 5, 2021            By: */s/ Amy L. B. Ginsburg*
                                    Amy L. B. Ginsburg, Esquire
                                    Kimmel & Silverman, P.C.
                                    30 E. Butler Pike
                                    Ambler, PA 19002
                                    Phone: (215) 540-8888
                                    Fax: (877) 788-2864
                                    Email: aginsburg@creditlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via electronic mail:

**Matthew Tuerk**
Legal Compliance Manager
Matrix Warranty Solutions
mtuerk@matrixprotection.com

Dated: May 5, 2021                    By: */s/ Amy L. B. Ginsburg*
                                             Amy L. B. Ginsburg, Esquire
                                             Kimmel & Silverman, P.C.
                                             30 E. Butler Pike
                                             Ambler, PA 19002
                                             Phone: (215) 540-8888
                                             Fax: (877) 788-2864
                                             Email: aginsburg@creditlaw.com